ACCEPTED
141400604-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/12/2015 12:03:29 PM
CHRISTOPHER PRINE
CLERK

# No. 14-14-00604-CV

*On Appeal to the Fourteenth Court*
*Of Appeals*
*Houston, Texas*

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/12/2015 12:03:29 PM

CHRISTOPHER A. PRINE
Clerk

---

Bridgestone Lakes Community Improvement
Association, Inc.
*Appellant*

v.

Bridgestone Lakes Development Company, Inc., et al
*Appellees*

---

ON APPEAL FROM CAUSE NO. 2011-53723-CV
IN THE 152nd DISTRICT COURT OF
HARRIS COUNTY. TEXAS

---

MOTION TO DIRECT CLERK TO PRODUCE
COMPLETE, REQUESTED RECORD

---

Michele Barber Chimene
THE CHIMENE LAW FIRM
TBN 04207500
15203 Newfield Bridge Ln.
Sugar Land, TX. 77498
PH: (713) 474-5538; No fax

michelec@airmail.net

M. Susan Rice
M. SUSAN RICE, P.C.
TBN 10393380
39340 IH-10 West, Ste. D
Boerne, TX. 78006
PH: (713) 823-1092
FAX: (713) 840-1597

srice@msricelaw.com

TO THE HONORABLE COURT OF APPEALS:

1.

On August 4, 2014 I efiled a detailed request for documents to be in the clerks record. Sometime in December or January I personally resent the same letter to Mrs. Washington by email.

2.

The records that were produced were produced in no certain order and took an extreme amount of time to determine what documents were included. This is why counsel is filing this request so late.

3.

We plan to appeal all summary judgments in the case. One cannot appeal a summary judgment if the order is not in the record. The order for 12/21/2012 does not appear to be in the record. Also, live petitions must be in the record. The Third Amended Petition was live when the summary judgment was granted. The date of this petition is 12/13/2012. It does not appear to be in the record.

4.

The Appellant asks this court to direct the clerk to add these documents to the record. Please request entire documents, as most documents presented are not complete documents.

## CONCLUSION & PRAYER

The Clerk's Record is still incomplete after many tries to obtain a complete record.

WHEREFORE, PREMISES CONSIDERED, this Court is asked to obtain the documents stated in a Second Supplemental Clerk's Record from the Clerk. Appellant asks for such other and further relief as it may be entitled to.

Respectfully submitted,

_____/s/ MB CHIMENE

THE CHIMENE LAW FIRM
Michele Barber Chimene
TBN 04207500
15203 Newfield Bridge Ln.
Sugar Land, TX.  77498
PH: 713 474-5538
michelec@airmail.net

## CERTIFICATE OF CONFERENCE

Counsel has contacted Mr. Charles Garza and he is not opposed to this Motion.

_____/s/ MB CHIMENE

## CERTIFICATE OF SERVICE

The undersigned certifies that on 3/12/2015 a true and correct copy of this Motion was served via ecf and email on Charles Garza, callier@callierandgarza.com, 4900 Woodway Ste. 700, Houston TX 77056 according to the Texas Rules of Procedure.

_____/s/ MB CHIMENE_____

The Chimene Law Firm

15203 Newfield Bridge Ln.
Sugar Land, TX. 77498
michelec@airmail.net

August 4, 2014

Ms. Washington
Clerk, Harris County Post-Trial
201 Caroline St.
Houston, TX. 77002

Re: Cause No. 2011-53723; *Bridgestone Lakes Comm. Improv. Ass'n, Inc. v. Bridgestone Lakes Development Co., Inc., et al.*; On appeal to the Houston Fourteenth Court of Appeals

Dear Ms. Washington:

My client wishes to appeal the above-referenced case and the case has been assigned to the Fourteenth Court of Appeals. Please assemble a Clerk's Record for the appeal and let the undersigned know what you require as far as costs. The Clerk's Record should contain, at a minimum, the following:

1) Docket sheet for the case;
2) The live pleadings. I believe these are the Fourth Amended Petition, (56519299, 56867837, 56827910-11, 56724671), First Amended Answer, (51258891); Counterclaim for Indemnity, (51258890); and Answer to Counterclaim for Indemnity, (54398789);
3) All Motions for Summary Judgment or Motions for Partial Summary Judgment. I believe there are three in all. (53742141, 55085755, 55086250, 54783970, 55199860; Please include all the exhibits;
4) All Responses to Motions for Summary or Partial Summary Judgment and the exhibits and Affidavit of Susan Rice (55261801, 55261802-816 [exhibits], 55244608, 55231687, 55244609-16, 55231685 [exhibits], 58738907, 58738908-12 [exhibits], 58365343, 58789159, 58789160-61 [exhibits] ;

5) Any orders on summary judgments or partial summary judgments (59945464, There should be more than this one?);

6) Motions to Dismiss (56708632, 56680574, 56680575 [exhibit], 56535043

7) Attorney invoices (56680580)

8) Motion for sanctions (56535063)

9) Order signed denying attorney fees (56470769)

10) Order signed denying Motion to Dismiss (58179066)

11) Any Motions Attys' fees, for Reconsideration of attorneys' fees or responses thereto (55799762, 55720915, 55409825, 55376021, 56431452, 56394199, 56394200 [exhibit], 56247737, 56247739 [exhibit], 58372964, 58751643)

12) Any requests for rehearing of Motions for New Trial (54493830, 55143738, 55143741-43, 55199437, 55199441-68 [exhibits], 55155445, 55357706, 55357707-13 [exhibits], 55360995, 55331513, 55331518-15 [exhibits],

10) Hudson, et al's Objection to the Affidavit of Linda Wilkinson (58874286);

11) Defendants' Objection to the Affidavit of David Beyer (55874178);

12) Reply to Bridgestone Lakes Comm. Improv. Ass'n, Inc's Response to Defendants' No Evidence Motion for Summary Judgment and exhibits;

13) Docket Control Order/ Pre-Trial Order (3/5/14);

14) Order for Interlocutory Summary Judgment (repetitive of above request);

15) Proposed Findings of Fact;

16) Second Supplemental CPRC 18.002 attorneys' fees affidavit;

17) Findings of Fact and Conclusions of Law (61142952);

18) Affidavit of M. Susan Rice (4/4/14);

19) Hudson, et al's Request for Amended Findings of Fact (61287892);

20) Plaintiff's Response to Hudson, et al's Request for Amended Findings of Fact (61322076);

21) Final Judgment (6/27/14);

22) Order Modifying and Amending Temporary Orders (6/27/14);

23) Hudson, et al's Motion to Modify Judgment (61416248);

24) Order Modifying and Amending Temporary Orders Signed (7/21/14);

25) Notice of Appeal;

26) Letter to Court Reporter;

27) This Letter to Clerk

Please let me know if you believe I have omitted anything significant. The entire list of documents in the case was not retrievable via the internet.

Thank you.

Respectfully submitted,
/s/ MB CHIMENE

Michele Barber Chimene
TBN 04207500